AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21-CR-202 (MAD) |
| ANTHONY BATCHER | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: June 21, 2021

_Anthony Batcher_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Timothy E. Austin
Printed name of defendant's attorney

_[signature]_
Judge's signature

Honorable Mae A. D'Agostino
Judge's printed name and title